IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS RIVERA : CIVIL ACTION

vs. :

MICHAEL W. CURLEY, et al. : NO. 11-CV-5985

ORDER

AND NOW, this 8th day of January, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for a Writ of Habeas Corpus is DENIED and DISMISSED without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.